UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION AND MICROSOFT LICENSING GP,<br><br>Plaintiffs,<br><br>-against-<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant. | Case No. 1:14-CV-6039 (JSR)<br><br>Hon. Jed S. Rakoff<br><br>**NOTICE OF ARBITRATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 7, 2014 Defendant Samsung Electronics Co., Ltd. filed, in the Hong Kong office of the International Court of Arbitration of the International Chamber of Commerce, a Request for Arbitration. The arbitration was commenced pursuant to the parties' Confidential Business Collaboration Agreement to resolve a dispute concerning the calculation of success credits under that agreement.

Dated: New York, New York
October 7, 2014

Respectfully submitted,

O'MELVENY & MYERS LLP


By: /s/ George A. Riley

George A. Riley (*pro hac vice*) (griley@omm.com)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Gary Svirsky (gsvirsky@omm.com)
Brad M. Elias (belias@omm.com)
Jeffrey A. N. Kopczynski (jkopczynski@omm.com)
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile:  (212) 326-2061

Ryan K. Yagura (*pro hac vice*) (ryagura@omm.com)
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Ian Simmons (*pro hac vice*) (isimmons@omm.com)
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd.*