UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION AND MICROSOFT LICENSING GP,<br><br>Plaintiffs,<br><br>-against-<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant. | Case No. 1:14-CV-6039 (JSR)<br><br>Hon. Jed S. Rakoff<br><br>**DECLARATION OF BRAD M. ELIAS IN SUPPORT OF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE** |

BRAD M. ELIAS, ESQ., pursuant to 28 U.S.C. §1746(2), under penalty of perjury, hereby declares as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, with its offices located at Times Square Tower, 7 Times Square, New York, New York 10036, and admitted to practice before this Court.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of the Confidential Patent Licensing Agreement, dated July 1, 2011, by and among Samsung Electronics Co., Ltd. ("Samsung"), Microsoft Corporation ("Microsoft"), and Microsoft Licensing GP, provisionally filed under seal pursuant to Judge Rakoff's October 8, 2014 instruction.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of the Confidential Business Collaboration Agreement, dated July 1, 2011, by and between Samsung and Microsoft, provisionally filed under seal pursuant to Judge Rakoff's October 8, 2014 instruction.

Dated: October 10, 2014
       New York, New York

_____
Brad M. Elias