UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
MICROSOFT CORPORATION and
MICROSOFT LICENSING GP,

    Plaintiffs,

    -v-

SAMSUNG ELECTRONICS CO., LTD.,

    Defendant.
------------------------------------x

14-cv-6039 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    Plaintiffs Microsoft Corporation and Microsoft Licensing GP (together, "Microsoft") bring this action against defendant Samsung Electronics Company, Ltd. ("Samsung") for breach of contract and declaratory judgment. Pending before the Court is Samsung's motion to compel arbitration and stay the case until the conclusion of the arbitration. Upon consideration, the Court hereby denies Samsung's motion. A memorandum setting forth the reasons for this ruling will issue in due course.

    The Clerk of the Court is directed to close document number 41 on the docket of this case.

    SO ORDERED.

Dated:    New York, NY
           November 13, 2014

                                          JED S. RAKOFF, U.S.D.J.

1