UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Microsoft Corporation and,
Microsoft Licensing GP ) 14 Civ. 6039 (JSR)
   Plaintiff,
                                      )
   v.                                 )
                                      )
Samsung Electronics Co., Ltd.,        )
                                      )
   Defendant.                         )

## PROPOSED ORDER

JED S. RAKOFF, U.S.D.J.

IT IS HEREBY ORDERED, that Plaintiffs Microsoft Corporation and Microsoft Licensing GP ("Plaintiffs") are to produce the Stock Asset & Purchase Agreement entered into between Microsoft International Holdings, B.V. and Nokia Corporation, together with related exhibit tabs, forthwith, under the terms of the Protective Order. Microsoft may produce other documents relating to the Microsoft/Nokia transaction, including due diligence documents, under the same conditions (collectively referred to as "MS/Nokia documents"). If any of these MS/Nokia documents is placed on an Exhibit List for use at trial by either party, Samsung and Microsoft have agreed that Microsoft will promptly notify Nokia Corporation so that it may raise objections, if any, and be provided with an adequate opportunity to object and/or propose redactions, and have its objections and proposals considered and ruled upon, before any such MS/Nokia document (or any portion thereof) is made public.

SO ORDERED:

- 2 -

Date:   New York, New York
        November 19, 2014

_____
JED S. RAKOFF, U.S.D.J.