UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICROSOFT CORPORATION AND MICROSOFT LICENSING GP, <br><br> Plaintiffs, <br><br> -against- <br><br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 1:14-CV-6039 (JSR) <br><br> Hon. Jed S. Rakoff <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Microsoft Corporation and Microsoft Licensing GP and Defendant Samsung Electronics Co. Ltd., having agreed to a settlement of the above-captioned action, by their respective attorneys, jointly stipulate and agree that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the action is hereby dismissed with respect to all claims and counterclaims, with prejudice and without costs to any party.

SO STIPULATED AND AGREED

Dated: February 9, 2015
New York, New York

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Richard J. Holstein

Robert A. Rosenfeld (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759
Email: rrosenfeld@orrick.com

John ("Jay") A. Jurata, Jr. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8400
Fax: (202) 339-8500
Email: jjurata@orrick.com

O'MELVENY & MYERS LLP

/s/ George A. Riley

George A. Riley (*pro hac vice*) griley@omm.com
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Andrew Frackman afrackman@omm.com
Gary Svirsky gsvirsky@omm.com
Brad M. Elias belias@omm.com
Jeffrey A. N. Kopczynski jkopczynski@omm.com
Garabed M. Hoplamazian
ghoplamazian@omm.com
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Richard S. Goldstein
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
Email: rgoldstein@orrick.com

Andrew J. Levander
Matthew L. Mazur
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Email: andrewlevander@dechert.com
Email: matthew.mazur@dechert.com

Frederick G. Herold (*pro hac vice*)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Tel: (650) 813-4930
Fax: (650) 813-4848
Email: frederick.herold@dechert.com

*Attorneys for Plaintiffs Microsoft
Corporation and Microsoft Licensing GP*

Ryan K. Yagura (*pro hac vice*)
ryagura@omm.com
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Ian Simmons (*pro hac vice*) isimmons@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

John Kappos (*pro hac vice*) jkappos@omm.com
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
Telephone:   (949) 823-6900
Facsimile:   (949) 823-6994

*Attorneys for Defendant
Samsung Electronics Co., Ltd.*


SO ORDERED

Dated:  February ___, 2015
        New York, New York

_____
JED S. RAKOFF, U.S.D.J.